IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MELVIN and PAULINE KERNS**, | * |
| | * |
| Plaintiffs, | * |
| | * |
| vs. | *  Civil Action No. 06-0431-WS-B |
| | * |
| **PRO-FOAM OF SOUTH ALABAMA, INC.**, | * |
| | * |
| Defendant. | * |

# FINAL JUDGMENT

In accordance with the verdict entered in the above styled action, it is ORDERED, ADJUDGED and DECREED that a FINAL JUDGMENT be, and the same is entered in favor of the Plaintiffs, Melvin and Pauline Kerns, and against the Defendant, Pro-Foam of South Alabama, Inc., in the amount of $77,980.30.  The Plaintiffs are entitled to recover from the Defendant their taxable costs.

**DONE** and **ORDERED** this 15th day of August, 2007.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE